[Nos. 14145–7–I; 14146–5–I.   Division One.   May 13, 1985.]

*In the Matter of the Welfare of*
TRACY J. WHITE, ET AL.

DOLORES WHITE, *Appellant,* v. THE STATE
OF WASHINGTON, *Respondent.*

Appeals from judgments of the Superior Court for Snohomish County, Nos. 165420151, 37167RO10, Paul D. Hansen, J., entered October 31, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, A.C.J., and Grosse, J.

[No. 11923–1–I.   Division One.   May 13, 1985.]

LAURA CARIVEAU, *Individually and as Personal Representative, Plaintiff,* v. SDL CORPORATION,
*Appellant,* CROW ROOFING & SHEET
METAL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–03207–9, John F. Wilson, J., entered June 8, 1982. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Grosse, JJ.

[No. 12322–0–I.   Division One.   May 13, 1985.]

DONALD C. BEUTHIN, *Appellant,* v. THE CITY
OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–01652–9, Nancy A. Holman, J., entered October 7, 1982. *Reversed* and *remanded* by unpublished opinion per Scholfield, A.C.J., concurred in by Ringold and Coleman, JJ.